

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00007-CR

**IN RE RUBEN SERNA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  January 17, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Ruben Serna filed this pro se petition for writ of mandamus on January 5, 2018. Relator has been appointed trial counsel to represent him in connection with the criminal charges currently pending against him in all three trial cause numbers.  Relator is not entitled to hybrid representation.  *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review.  *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).  Accordingly, relator's petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2015CR9771, 2016CR10100, 2017CR1340A, styled *The State of Texas v. Ruben Serna*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.